# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 02, 2016

Mr. Douglas R. Dennis
Frost Brown Todd
301 E. Fourth Street
Suite 3300
Cincinnati, OH 45202

Mr. Joseph P. McDonald
McDonald & McDonald
200 E. Spring Valley Road
Suite A
Dayton, OH 45458

Re: Case No. 16-3068, *Douglas Pfenning v. Liberty Life Assurance Co*
Originating Case No. : 3:14-cv-00471

Dear Counsel:

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Yvonne Henderson
Operations Manager
Direct Dial No. 513-564-7031

cc: Mr. Richard W. Nagel

Enclosure

Mandate to issue

Case No. 16-3068

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

DOUGLAS PFENNING

    Plaintiff - Appellant

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

    Defendant - Appellee

BEFORE: SUTTON, Circuit Judge; GRIFFIN, Circuit Judge; DONALD, Circuit Judge;

    It is ORDERED that this case is VACATED and REMANDED for further consideration in light of both parties' agreement that de novo review applies.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: August 02, 2016